UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHARLES BOUTROS,

    Defendant.

_____

## COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

The United States of America, plaintiff, alleges that:

### Jurisdiction

1. This Court has jurisdiction over the subject matter of this action pursuant to Article III, Section 2, U.S. Constitution and 28 U.S.C. 1345.

### Venue

2. The Defendant is a resident of Broward County, Florida within the jurisdiction of this Court.

### First Cause of Action - Claim Number: 2011A36857

3. The debt owed the USA is as follows:

    A. Current Principal *(after application of all prior payments, credits, and offsets)*      $936.41

    B. Current Capitalized Interest Balance and Accrued Interest      $615.84

|  |  |
|---|---|
| Total Owed - Claim Number 2011A36857 | $1,552.25 |

### Second Cause of Action - Claim Number: 2011A36874

4. The debt owed the USA is as follows:

|  |  |
|---|---|
| A. Current Principal *(after application of all prior payments, credits, and offsets)* | $56,541.08 |
| B. Current Capitalized Interest Balance and Accrued Interest | $23,962.82 |
| **Total Owed – Claim Number 2011A36874** | **$80,503.90** |

**TOTAL OWED (Claim Numbers 2011A36857 and 2011A36874): $82,056.15**

The Certificates of Indebtedness, attached as Exhibit "A" and "B" show the total owed excluding attorney's fees and CIF charges. The principal balance and the interest balance shown on the respective Certificates of Indebtedness are correct as of the date of the Certificates of Indebtedness after application of all prior payments, credits, and offsets. Prejudgment interest accrues at the rate of 5.00% per annum or $0.13 per day for Claim Number 2011A36857 and at the variable rate of 4.38% per annum or $6.78 per day for Claim Number 2011A36874.

### Failure to Pay

5. Demand has been made upon the Defendant for payment of the indebtedness, and the Defendant has neglected and refused to pay the same.

WHEREFORE, Plaintiff, UNITED STATES OF AMERICA, prays for judgment:

A. For the sums set forth in paragraph 3 and 4 above, plus prejudgment interest through the date of judgment, all administrative costs allowed by law, and post-judgment interest pursuant to 28 U.S.C. 1961 that interest on the judgment be at the legal rate until paid in full;

B. For attorneys' fees to the extent allowed by law; and,

C. For such other relief which the Court deems proper.

DATED this __8th__ day of April, 2016.



Respectfully submitted,

By:_____
Steven M. Davis, (Florida Bar No. 894249)
Email: sdavis@becker-poliakoff.com
Becker & Poliakoff, P.A.
121 Alhambra Plaza, 10th Floor
Coral Gables, FL 33134
Telephone: (305)262-4433
Facsimile: (305) 442-2232
*Attorneys for Plaintiff United States of America*

ACTIVE: 8364559_1

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS #1 OF 2

Charles Boutros

I certify that U.S. Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 02/02/11.

On or about 09/16/87 and 01/27/88, the borrower executed promissory note(s) to secure loan(s) of $700.00 and $800.00 from Florida Community College at Jacksonville at 5.00 percent interest per annum. The institution made the loan under the Federally-funded National Defense/Direct Student Loan, now Perkins Student Loan, programs authorized under Title IV-E of the Higher Education Act of 1965, as amended, 20 U.S.C. 1087aa et seq. (34 C.F.R. Part 674). The institution demanded payment according to the terms of the note, and the borrower defaulted on the obligation on 03/13/89. Due to this default, the institution assigned all rights and title to the loan to the Department of Education.

After the institution credited all cancellations due and payments received, the borrower owed the school $1,500.00 principal and $248.79 interest. This principal and interest, together with any unpaid charges, totaled $1,788.18. The loan was assigned to the Department on 12/10/92.

Since assignment of the loan, the Department has credited a total of $1,972.64 in payments from all sources, including Treasury Department offsets, if any, to the balance. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal: | $936.41 |
| Interest: | $374.20 |
| Total debt as of 02/02/11: | $1,310.61 |

Interest accrues on the principal shown here at the rate of $0.13 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 2/14/11

_____
Loan Analyst
Litigation Support



EXHIBIT A

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

### CERTIFICATE OF INDEBTEDNESS #2 OF 2

Charles Boutros

I certify that U.S. Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 02/02/11.

On or about 05/22/04, the borrower executed a promissory note to secure a Direct Consolidation loan from the U.S. Department of Education. This loan was disbursed for $41,785.71 and $10,182.46 on 07/16/04, at a variable rate of interest to be established annually. The loan was made by the Department under the William D. Ford Federal Direct Loan Program under Title IV, Part D of the Higher Education Act of 1965, as amended, 20 U.S.C. 1087a et seq. (34 C.F.R. Part 685). The Department demanded payment according to the terms of the note, and the borrower defaulted on the obligation on 11/18/06. Pursuant to 34 C.F.R. § 685.202(b), a total of $4,572.91 in unpaid interest was capitalized and added to the principal balance.

The Department has credited a total of $196.36 in payments from all sources, including Treasury Department offsets, if any, to the balance. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal: | $56,541.08 |
| Interest: | $11,181.71 |
| Total debt as of 02/02/11: | $67,722.79 |

Interest accrues on the principal shown here at the current rate of 4.38 percent and a daily rate of $6.78 through June 30, 2011, and thereafter at such rate as the Department establishes pursuant to Section 455(b) of the Higher Education Act of 1965, as amended, 20 U.S.C. 1087e.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 2/14/11

_____
Loan Analyst
Litigation Support



EXHIBIT B